IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KEISHA DESHON GLOVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-282-M |
| | ) | |
| MILLICENT NEWTON-EMBRY, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On June 30, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that Justin Jones be dismissed as a party respondent and that the petition for a writ of habeas corpus be denied. Petitioner was advised of her right to object to the Report and Recommendation by July 20, 2009. After receiving an extension of time, on July 30, 2009, petitioner filed her objection, particularly objecting to the Magistrate Judge's findings regarding her competency claim.

Having carefully reviewed the matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on June 30, 2009;
(2) DISMISSES Justin Jones as a party respondent;
(3) DENIES the petition for a writ of habeas corpus; and
(4) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 5th day of August, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE